```
FILED
06 SEP 22 AM 8:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     DEPUTY
```

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SMILEY, an individual; and TRINA SMILEY, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, L.L.C., a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, L.L.C., a corporation; FIRST USA BANK, a business entity form unknown; NAVY FEDERAL CREDIT UNION, a business entity form unknown; CITIMORTGAGE, INC., a corporation; M. LEONARD & ASSOCIATES, a professional collection corporation; and COLLECT AMERICA, a business entity form unknown; and DOES 1-50 inclusive,<br><br>　　　　Defendants. | CASE NO. 05CV1710 LAB (CAB)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF CITIMORTGAGE, INC. |

　　Pursuant to a written stipulation entered into between the Plaintiffs and Defendant CitiMortgage, Inc., stating that the above-entitled action against CitiMortgage, Inc. has been fully and finally compromised and settled on the merits:

///

---

3

STIPULATION OF DISMISSAL WITH PREJUDICE OF CITIMORTGAGE, INC. AND [PROPOSED] ORDER

09/18/2006  13:20   7147039303           PFEIFER & REYNOLDS                PAGE 06/06

1  IT IS HEREBY ORDERED that any and all claims of the Plaintiffs against CitiMortgage, Inc.
2  are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses
3  incurred hereto.

**IT IS SO ORDERED.**

Dated: __9-20-06__

_____
Judge of the United States District Court

**LARRY ALAN BURNS**

4

STIPULATION OF DISMISSAL WITH PREJUDICE OF CITIMORTGAGE, INC. AND [PROPOSED] ORDER