| | |
|---|---|
| 1  MICHAEL S. ROBINSON (Bar No. 116145)<br>   PAULA G. TRIPP (Bar No. 113050)<br>2  ANDERSON, McPHARLIN & CONNERS LLP<br>   THIRTY-FIRST FLOOR<br>3  444 SOUTH FLOWER STREET<br>   LOS ANGELES, CALIFORNIA 90071-2901<br>4  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594<br>   EMAIL:  msr@amclaw.com<br>5          pgt@amclaw.com | **FILED**<br>06 SEP 27 AM 11: 24<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

6  Attorneys for Defendant, NAVY FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA [SAN DIEGO]

**BY FAX**

| | |
|---|---|
| RONALD SMILEY, an individual; and TRINA SMILEY, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, L.L.C., a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, L.L.C., a corporation; FIRST USA BANK, a business entity from unknown; NAVY FEDERAL CREDIT UNION, a business entity form unknown; CITIMORTGAGE, INC., a corporation; M. LEONARD & ASSOCIATES, a professional collection corporation; and COLLECT AMERICA, a business entity form unknown ; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 05-CV-1710-LAB (CAB)<br><br>**STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT AS TO DEFENDANT NAVY FEDERAL CREDIT UNION; ORDER**<br><br>Trial Date:     None |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between defendant, NAVY FEDERAL CREDIT UNION ("NFCU"), and plaintiffs, RONALD AND TRINA SMILEY ("Plaintiffs"), by and through their respective counsel of record, that the First Amended Complaint ~~filed by Plaintiffs~~

1  against NFCU on June 15, 2006 be dismissed ~~with prejud~~ice as
2  against NFCU. This stipulation is made pursuant to Federal Rule
3  of Civil Procedure 41(a). Each of the undersigned parties agrees
4  that each party shall bear its own costs and attorneys' fees
5  associated with this dispute.
6
7  DATED: August 22, 2006      ANDERSON, McPHARLIN & CONNERS LLP
8
9                              By: _____
10                                  Michael S. Robinson
                                    Paula G. Tripp
11                              Attorneys for Defendant, NAVY FEDERAL
                                CREDIT UNION
12
13 DATED: August 18, 2006      McCOY, TURNAGE & ROBERTSON, APLC
14
15                              By: _____
                                    James R. Robertson
16                              Attorneys for Plaintiffs, RONALD AND
                                TRINA SMILEY
17

### ORDER

19      Upon the stipulation of the parties, pursuant to Federal
20 Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that the
21 First Amended Complaint filed by plaintiffs, ~~RONALD and~~ TRINA
22 SMILEY, against defendant, NAVY FEDERAL CREDIT UNION, on June 15,
23 2006, shall be dismissed with prejudice as against NAVY FEDERAL
24 CREDIT UNION. *No other defendants remain named in*
25 *the action, and the case is dismissed in its*
    *entirety and all calendared dates are vacated.*
26 DATED: 9-26-06              _____
                                The Honorable LARRY ALAN BURNS
27                              United States District Court
28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On **September 22, 2006**, I served the following document(s) described as **STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT AS TO DEFENDANT NAVY FEDERAL CREDIT UNION; ORDER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on **September 22, 2006**, at Los Angeles, California.

_____
Irma L. Raygoza

582139 | 4525.815

3

**SERVICE LIST**
*Smiley v. Equifax, et al.*
**05-CV-1710-LAB (CAB)**

| | |
|---|---|
| Leonard A. Bennett, Esq.<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA  23606<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662 | Attorney for Plaintiffs |
| James R. Robertson, Esq.<br>McCoy, Turnage & Robertson, APLC<br>5469 Kearny Villa Road, Suite 206<br>San Diego, CA  92123<br>Telephone: (858) 300-1900, Ext. 103<br>Facsimile: (858) 300-1910 | Attorney for Plaintiffs |
| Roland P. Reynolds, Esq.<br>Pfeifer & Reynolds<br>765 The City Drive, Suite 380<br>Orange, CA  92868<br>Telephone: (310) 788-3900<br>Facsimile: (310) 398-5416 | Counsel for Defendant<br>~~CitiMortgage~~, Inc. |